| | For Clerk's Office Use |||
|---|---|---|---|
| | Judge | Rec'd Date | Grv. |
| | C | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC § 1983**

**INMATE NAME:** Jerry Williams Ernest

**PRISONER NO.:** 2105

**PLACE OF CONFINEMENT:** Albemarle/Charlottesville

CLERK'S OFFICE US DIST COURT
AT ROANOKE, VA
FILED
APR 03 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Jerry Williams Ernest
_____
Enter Full Name    Plaintiff

VS.

Charlottesville Police Dept.
Albemarle/Charlottesville Judicial System
_____
Enter Full Name(s)    Defendant(s)

**CIVIL ACTION NO.** 7:07-CV-00164

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

✓ Yes    _____ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: I'm being racially harassed, double jeopardy I have already been released on these charges

2. Court: Circuit Court

3. Docket No.: _____

4. Judge: _____

5. Disposition: Released

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓    No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures. The classification officer presented much racism

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.  Statement of Claim - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involve, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and et forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

As I stated I have filed several petitions in this court with affidavits to prove my circumstances

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

At this time the people here has not been mailing my mail in order to oppress me

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

The K-9-R- clan man was officer deliberately arrested because I was black cripple pushing my personal bags to the bus stop

E.  State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

I need to be immediately released into society

SIGNED THIS 2 DAY OF April, 2007.

_Jerry W. Faust_
(Signature of Each Plaintiff)

**VERIFICATION:**

I, Jerry W. Faust, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC § 1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 4-2-07   SIGNED: _Jerry W. Faust_

Mr. Jerry Wilhust
A.C.R.J.
160 Peregory Lane
Charlottesville VA 22902

CHARLOTTESVILLE VA 229
02 APR 2007 PM 2 T

U.S. District Court
Western Division of VA.
Office of Clerk
P.O. Box 1234
Roanoke, Virginia
240[illegible]